Gramercy Woodworking Co., Inc., Respondent, v. Morris Greiff, Appel-

lant.— Plaintiff sought recovery upon the basis of the value, rather than the replacement cost, of the fixtures converted. This amounted to $4,751.25 instead of the sum of $5,875. The judgment should, therefore, be reduced by the difference between these sums, or to $1,202.60, and as so modified affirmed, without costs. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.